# Court of Appeals
# of the State of Georgia

ATLANTA,    May 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0745.  WILBROS, LLC v. THE STATE.**

Wilbros, LLC has been accused of violating Stephens County's "Odor Ordinance." Wilbros filed a plea in bar, arguing, inter alia, that the ordinance is unconstitutional. After the trial court denied its motion, Wilbros filed this direct appeal.

The Supreme Court has exclusive jurisdiction over "all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." See Ga. Const. of 1983, Art. VI, Sec. VI, Para. II (1); *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996). This Court has no jurisdiction to determine the constitutionality of a law unless it has already been held to be constitutional against the same attack, or if the question involves the application of unquestioned and unambiguous provisions of the Constitution. See *City of Decatur v. DeKalb County*, 284 Ga. 434, 436-437 (2) (668 SE2d 247) (2008); *Braden v. Bell*, 222 Ga. App. 144, 146 (1) (473 SE2d 523) (1996).

It does not appear that the constitutionality of the ordinance at issue in this case has been passed upon. Accordingly, jurisdiction is proper in the Supreme Court. See *City of Decatur*, supra. This case is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/21/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*